ESSY, Respondent, v. HICKS, Appellant.

(187 N. W. 638.)

(File No. 5055.   Opinion filed April 13, 1922.)

Appeals—No Briefs, Stipulations—Appeal Deemed Abandoned, Dismissed.

Where for more than three months after notice of appeal filed no briefs, stipulations or other papers had been filed by appellant, appeal will be deemed abandoned, and, it being uncertain from notice of appeal what the appeal is from, it will be dismissed.

Appeal from Circuit Court, Mellette County.   Hon. N. D. Burch, Judge.

Action by Charles Essy, against W. H. R. Hicks.   Record fails to show from what judgment or order appeal is taken.   Appeal dismissed.

C. E. Kell, and J. G. Bartine, for Appellant.

C. F. Manson, and W. J. Hooper, for Respondent.

PER CURIAM.   On December 27, 1921, notice of appeal was filed in this court in the above-entitled action.   Since that date no briefs, stipulations, or other papers whatever have been filed by appellant.   Appellant being in default, the appeal will be deemed abandoned; and, inasmuch as it is uncertain from the notice of appeal what the appeal is from, the appeal will be dismissed.